UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,

               Plaintiff,

-against-

WALTER VILLALOBOS ESGUERRA,

               Defendant.
-------------------------------------------------------x

No. 16 CR 540-LTS

<u>ORDER</u>

The Court has received and reviewed the attached letter from Mr. Villalobos, dated December 19, 2019, and another letter without a date, received by the Court on January 2, 2019 (Docket Entry No. 52), in which he requests assistance in obtaining medical treatment during, and the date of his scheduled release from, BOP custody.

According to the BOP Inmate Locator, Mr. Villalobos was released from BOP custody on December 27, 2019. Accordingly, the matters addressed in the letters appear to be moot.

SO ORDERED.

Dated: New York, New York
       January 6, 2020

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge

December 19, 2019

The Honorable Judge Swain

Your Honor sentenced me on November 5, 2019 to 36 months. On December 22, I will be incarcerated the full 36 months. I am over 5½ months over my sentence today with "Good Time" calculation. No one at MDC has info for my calculation or info about immigration plans to pick me up any time soon.

I cannot get a response from anyone to help me. Can you please let the proper US Government people know that I have completed my time, plus received 3½ "Good Time" credits.

      Sincerely,

      Walter Villalobos Esguerra
      Case #: 01.52 16ccrim 540-02 (LTS)

cc: Attorney Meredith Keller

Walter Villatobos
M.D.C. Brooklyn
P.O. Box 329002
Brooklyn New York 11232



United States District Court Clerk
500 Pearl Street
New York, New York 10007

10007-131608